IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART ASK AGENCY, | ) |
|       Plaintiff, | ) Case No. 23-cv-15159 |
| | ) |
| | ) Judge Thomas M. Durkin |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
|       Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS 2, 197**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff ART ASK AGENCY hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 2 | luo1017 |
| 197 | Simple gift |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: December 11, 2023      By:      s/Michael A. Hierl
                                                       Michael A. Hierl (Bar No. 3128021)
                                                       William B. Kalbac (Bar No. 6301771)
                                                       Robert P. McMurray (Bar No. 6324332)
                                                       Hughes Socol Piers Resnick & Dym, Ltd.
                                                       Three First National Plaza
                                                       70 W. Madison Street, Suite 4000
                                                       Chicago, Illinois 60602
                                                       (312) 580-0100 Telephone
                                                       mhierl@hsplegal.com

                                                       Attorneys for Plaintiff
                                                       ART ASK AGENCY

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 11, 2023.

                                                            s/Michael A. Hierl